1 McGREGOR W. SCOTT
United States Attorney
2 SAMUEL WONG
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2772

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No. CR-S-08-0456 JAM
                                  )
12           Plaintiff,           )  STIPULATION AND ORDER CONTINUING
                                  )  HEARING ON PLAINTIFF'S MOTION FOR
13      v.                        )  REVOCATION OF MAGISTRATE JUDGE'S
                                  )  ORDER AUTHORIZING PRETRIAL RELEASE
14 MARTIN URUE GARCIA, et al.,    )  FOR DEFENDANT MARTIN GARCIA, JR.
                                  )
15           Defendants.          )
                                  )  Court:  Hon. John A. Mendez
16                                )
                                  )
17 _____)
   _____

18      It is hereby stipulated by and between plaintiff United States

19 of America and defendant Martin Garcia, Jr., that the presently set

20 October 21, 2008, at 1:30 p.m., hearing on the United States' motion

21 for revocation of the September 30, 2008, ruling by United States

22 Magistrate Judge Gregory G. Hollows authorizing the conditional

23 pretrial release of defendant Martin Garcia, Jr., shall be continued

24 to November 4, 2008, at 1:30 p.m.  The reason for the requested

25 continuance is that the parties had set the briefing schedule and

26 hearing date on the motion based on the assumption that the

27 transcript of the detention hearing before the magistrate judge

28 would have been prepared earlier.  Instead, the United States just

1 received the transcript on October 15, 2008, and there is not enough

2 time before the presently set hearing for the United States and the

3 defense to file their respective briefs on the motion.

                                        Respectfully submitted,

4

5                                       McGREGOR W. SCOTT
                                        United States Attorney
6
   DATED:  October 17, 2008      By:/s/ Samuel Wong
7                                   SAMUEL WONG
                                    Assistant U.S. Attorney
8

9

10 DATED:  October 17, 2008      By:/s/ William Bonham
                                    WILLIAM BONHAM
11                                  Attorney for defendant
                                    Martin Garcia, Jr.
12                                  (pursuant to telephone
                                     authorization)
13

14

15
                                 ORDER
16

17     Based on the stipulation of the parties and good cause

18 appearing therefrom, the Court hereby adopts the stipulation of the

19 parties in its entirety as its order.

20     IT IS SO ORDERED.

21
   Dated: October 17, 2008           /s/ John A. Mendez
22                                 JOHN A. MENDEZ
                                   United States District Judge
23

24

25

26

27

28