1  DANIEL J. BRODERICK Bar #89424
   Federal Defender
2

3  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  MARTIN URUE GARCIA

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13  UNITED STATES OF AMERICA,      )   No. 2:08-cr-456 JAM
                                   )
14          Plaintiff,              )
                                   )   STIPULATION AND ORDER
15      v.                          )   CONTINUING CASE AND EXCLUDING
                                   )   TIME
16  MARTIN URUE GARCIA, et.al      )
                                   )   Date:    November 18, 2008
17          Defendant.              )   Time:    9:30 a.m.
                                   )   Judge:   Hon. John A. Mendez
18  _____)

19      **IT IS HEREBY STIPULATED** by and among Assistant United States Attorney

20  Samuel Wong, counsel for plaintiff United States of America, William Bonham, Esq., counsel for

21  martin Garcia Jr., and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant

22  MARTIN URUE GARCIA, the above matter be dropped from this court's calendar for November

23  18, 2008, at the request of the defense and be continued until December 9, 2008, for status

24  conference. This continuance is requested due to the unavailability of Mr. Staniels on November

25  20, 2008, who will be out of the state and district, and the need for further defense preparation,

26  and is based on the availability of all counsel.  A motion previously filed pertaining to Mr. Garcia,

27  Jr., is currently calendared for December 9, 2008.

28

1       **ACCORDINGLY, IT IS FURTHER STIPULATED** that the time from November 18, 2008, through December 9, 2008, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 et. seq., pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv) and Local Code T-4

      **IT IS SO STIPULATED.**

Date: November 17, 2008         /S/ Samuel Wong by jls per auth
                                               McGregor W. Scott
                                               United States Attorney

                                               By: Samuel Wong
                                               Assistant United States Attorney
                                               Counsel for Plaintiff

Date: November 17, 2008         /S/ Jeffrey L. Staniels
                                               Jeffrey L. Staniels
                                               Assistant Federal Defender
                                               Attorney for Defendant
                                               MARTIN URUE GARCIA

Date: November 17, 2008         /S/ William Bonham by jls per auth
                                               William Bonham, Esq
                                               Attorney for Defendant
                                               MARTIN GARCIA, Jr.

**O R D E R**

      Based on the above stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny continuity of counsel to the defendant, and reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

      Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

      Time is excluded from computation of time within which the trial of this matter

1  must be commenced from November 18, 2008 through December 9, 2008, pursuant to 18 U.S.C. §
2  3161(h)(8)(A) & (B)(iv) and Local Code T4.  The Court shall hold a status conference in this case
3  on December 9, 2008 at 9:30 a.m..
4  **IT IS SO ORDERED.**
5                                            By the Court,
7  Date: November 17, 2008
8                                 /s/ John A. Mendez
                               Hon. John A. Mendez
                               United States District Judge