DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MARTIN URUE GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-08-00456 JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER VACATING** |
| | ) | **TRIAL-CONFIRMATION AND JURY TRIAL** |
| v. | ) | **DATES AND SETTING FOR STATUS** |
| | ) | **CONFERENCE; EXCLUDING TIME** |
| MARTIN URUE GARCIA, | ) | |
| | ) | |
| Defendant. | ) | Date: January 5, 2010 |
| | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Honorable John A. Mendez |

   IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Samuel Wong, Assistant United States Attorney, and MARTIN URUE GARCIA, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the trial-confirmation hearing date of January 5, 2010 and jury trial date of January 25, 2010 be vacated, and the matter re-scheduled for status conference on January 26, 2010 at 9:30 a.m.

   This continuance is requested as defense counsel will be out of the office on medical leave during much of December 2009, and most of the month of January 2010.  As a result of this extended medical leave, defense counsel will be unable to consult with his client regarding the

handling of the case and/or prepare for the presently scheduled trial.

    IT IS FURTHER STIPULATED and agreed between the parties that the period beginning from the parties' stipulation, December 30, 2009, through and including January 26, 2010, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation and continuity of counsel.[1]  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv) and Local Code T4 (defense preparation and continuity of defense counsel) and that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: December 30, 2009

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Matthew C. Bockmon
    MATTHEW C. BOCKMON
    Assistant Federal Defender
    Attorney for Defendant
    MARTIN URUE GARCIA

Dated: December 30, 2009    BENJAMIN B. WAGNER
    United States Attorney

    /s/ Matthew C. Bockmon for
    SAMUEL WONG
    Assistant U.S. Attorney
    per email authority

---

[1] The co-defendant is not a party to this stipulation as he is currently a fugitive.

Stip & Order    2

**O R D E R**

The Court, having received, read, and considered the parties' stipulation, and GOOD CAUSE APPEARING therefrom, adopts the parties' stipulation in its entirety as its order.  The Court finds that the ends of justice served by the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court finds that the failure to grant the requested continuance would deny the defendant's counsel reasonable time for effective preparation taking into account the exercise of due diligence and defendant Martin Urea Garcia continuity of counsel.  Therefore, it is further ORDERED that time under the Speedy Trial Act be excluded pursuant to 18 U.S.C. 3161(h)(7)(A) and (B)(iv) and Local Code T4 from the date of the parties' stipulation, December 30, 2009, to and including January 26, 2010.

IT IS SO ORDERED.

Dated: 1/4/2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge